AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*　　　DISTRICT OF   NEVADA

RANDALL N. WIIDEMAN,

      Plaintiff,　　　　　　JUDGMENT IN A CIVIL CASE
V.

                              CASE NUMBER:  3:10-cv-00152-RCJ-RAM

HOWARD SKOLNIK,

      Defendants.

   ☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

   ☐   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

  **X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that the Complaint is dismissed for failure to state a claim. Any appeal taken from this dismissal shall be taken in bad faith.


 December 1, 2010　　　　　　　　　　　　　　　　**LANCE S. WILSON**
    Date　　　　　　　　　　　　　　　　　　　　　　　　　Clerk

                                                  /s/   M. Campbell
                                                     Deputy Clerk