FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JAN 1 4 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RANDAL N. WIIDEMAN, | |
| Plaintiff, | 3:10-cv-0152-RCJ-RAM |
| vs. | |
| HOWARD SKOLNIK, | |
| Defendant. | |

Plaintiff Randal Wiideman filed a complaint in Nevada State Court alleging violations of his constitutional rights under 42 U.S.C. § 1983 which was dismissed for failure to state a claim (docket #12), pursuant to the provisions of 28 U.S.C. § 1915. Plaintiff then moved to vacate the order (docket #15) which was denied (docket #17). Plaintiff continues in his efforts to persuade the Court to reconsider its decision in that he has filed a second motion to vacate (docket #18). Those efforts are not persuasive for the reasons previously stated and the motion shall be denied.

**IT IS THEREFORE ORDERED** that Motion to Vacate Orders (docket #18) is **DENIED.**

**IT IS FURTHER ORDERED** that the Clerk shall not file any other documents in this action save a properly submitted Notice of Appeal, which the Court would consider to be taken in bad faith.

DATED: January 14, 2011

_____
UNITED STATES DISTRICT JUDGE